# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENNETH B. LONG,

                Plaintiff,

v.

MEGAN J. BRENNAN, POSTMASTER GENERAL, and UNITED STATES POSTAL SERVICE,

                Defendants.

Case No. 18-CV-1929-JPS

**ORDER**

The plaintiff filed his complaint in this matter on December 6, 2018. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day deadline expired on March 6, 2019. The plaintiff was issued a service packet, which includes summons for the defendants, but the plaintiff has not filed proof that he served the summons on the defendants. The Court will therefore require that, **within fourteen (14) days of the entry of this Order**, the plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice. *See* Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS ORDERED** that, **within fourteen (14) days of the entry of this Order**, the plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge